IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SADAKA DAVIS,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:15cv12-MHT
                               )          (WO)
SIBLEY G. REYNOLDS,            )
Circuit Court of Chilton       )
County,                        )
                               )
    Defendant.                 )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that defendant, a state court judge, violated plaintiff's right to due process by not requiring proof of jurisdiction, thereby causing plaintiff to lose his home.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Plaintiff has filed objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of January, 2015.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE